UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD L. FULTON,

            Plaintiff,

   v.

CITY OF SEATTLE,

            Defendant.

C14-1886 TSZ-BAT

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint (Dkt. 6) is DISMISSED without prejudice for failure to state a claim and the dismissal counted as a strike under 28 U.S.C. § 1915(g); and

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

ORDER of dismissal - 1

1   Dated this 17th day of February, 2015.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

ORDER of dismissal - 2